IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA S. SMITH, | 1:07-cv-00822-OWW-NEW-(DLB) (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | |
| J. PEREZ, et al., | |
| Defendant. | ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AT VSPW DUE TO CHANGE OF ADDRESS NOT BEING EFFECTIVE UNTIL JULY 4, 2007 |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 28 U.S.C. §1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of her prison trust account statement. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, the copy of plaintiff's prison trust account statement was not certified. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the

///

-1-

1 opportunity to submit a new application to proceed in forma pauperis and a certified copy of her
2 trust account statement **or** pay the $350.00 filing fee.
3     In accordance with the above, IT IS HEREBY ORDERED that:
4     1. Within **thirty (30) days** of the date of service of this order, plaintiff shall resubmit
5 the in forma pauperis application, along with a certified copy of her prison trust
6 account statement for the six month period immediately preceding the filing of the
7 complaint, or in the alternative, pay the $350.00 filing fee for this action;
8     2 Failure to comply with this order will result in a recommendation that this action
9 be dismissed; and
10     3. Because plaintiff's change of address is not effective until July 4, 2007, the Clerk's
11 Office shall serve this order on plaintiff at Valley State Prison for Women.

13     IT IS SO ORDERED.
14     **Dated:   June 18, 2007**          /s/ **Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE