IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA S. SMITH,

        Plaintiff,                       No. CIV 07-00822 ALA P

     vs.

J. PEREZ, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 28 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.

        On June 18, 2007, plaintiff was ordered to resubmit the in forma pauperis application, along with a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint or, in the alternative pay the $350.00 filing fee for this action, within 30 days.  More than 30 days have passed and plaintiff has not complied with the court's prior order.

1 | Accordingly, it is ORDERED that:

2 |     Plaintiff show cause in writing within 10 days why this action should not be
3 | dismissed for failure to comply with the court's June 18, 2007 order.

5 | DATED: August 10, 2007

```
                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation
```