IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA S. SMITH,

      Plaintiff,                    No. CIV S-07-00822 ALA P

    vs.

J. PEREZ, et al.,

      Defendant.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 28 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        On June 22, 2007 plaintiff filed a notice of change of address with this court. On August 10, 2007, this court ordered plaintiff to show cause as to why this action should not be dismissed for plaintiff's failure to complete her request to proceed in forma pauperis. On August 23, 2007, plaintiff filed a copy of her request to proceed in forma pauperis along with documentation showing plaintiff had submitted her request to the appropriate prison official at her prior institution on June 20, 2007. Plaintiff's change of address, so close in time to the submission of the document, likely caused plaintiff's application to be incomplete.

1

Consequently, IT IS HEREBY ORDERED that:

1. This Court's August 10, 2007 Order to Show Cause is discharged; and

2. Plaintiff is ordered to submit a new request to proceed in forma pauperis complete with appropriate documentation from her current prison facility within 35 days.

DATED: August 27, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation